IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HARON DONTE COLES, | : | CIVIL ACTION |
| Petitioner, | : | NO. 08-00426 |
| v. | : | |
| RAYMOND M. LAWLER, et al., | : | |
| Respondents. | : | |

**<u>ORDER</u>**

AND NOW, this 15th day of July, 2008, upon careful and independent consideration of Petitioner Haron Donte Coles' Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254, the Respondents' Response thereto, and Petitioner's Reply, and after review of the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter dated May 28, 2008, to which Petitioner did not file Objections, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED by this court as its own;

2. The Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 is DENIED; and

3. A certificate of appealability is <u>not</u> granted.

BY THE COURT:

S/ James T. Giles
J.